# DISTRICT COURT OF THE UNITED STATES
for the

District of Alaska

| | |
|---|---|
| David Gary Gladden, in propria personaa <br> *Plaintiff* <br> v. <br> CHRISTINA L. REIGH, in her personal and presumed Official capacity <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHRISTINA L. REIGH
476 Emperor Way
Dillingham, Alaska 99576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Gary Gladden
P.O. Box 877109
Wasilla, Alaska 99687

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*