```
               UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA


      DAVID GARY GLADDEN    v.   CHRISTINA L. REIGH

THE HONORABLE SHARON L. GLEASON

DEPUTY CLERK                       CASE NO.  3:19-cv-00099-SLG

 Caroline Edmiston


PROCEEDINGS: MINUTE ORDER FROM CHAMBERS    DATE: May 31, 2019
```

### NOTICE REGARDING MOTION TO DISMISS

Christina L. Reigh has filed a motion to dismiss in the above-captioned case.[1] David Gary Gladden's opposition or notice of non-opposition to the motion to dismiss motion must be filed and served within **twenty-one (21) days of the date the plaintiff was served with the motion.**[2]

If Plaintiff does not file and serve a written opposition to the motion, the court may grant the motion and dismiss this case, without further notice to Plaintiff.

The court further notes that there is <u>no</u> right to an oral hearing on a motion to dismiss or for summary judgment. Under Local Civil Rule 7.1(f), the court has the discretion to rule on the papers filed, without oral argument. If the court decides to hear oral argument, the court has the discretion to order that the hearing be conducted telephonically rather than in person.

This notice shall constitute the only such notice from the court concerning the motion to dismiss for failure to state a claim. The court will not be providing any further information regarding the interpretation of Federal Rule of Civil Procedure 56, and cannot entertain unsolicited inquiries about the applicable rules of procedure.

---

[1] *See* Doc. 9.

Plaintiff shall file a response to the motion to dismiss at docket number 9 **on or before <u>June 18, 2019</u>** or judgment may be entered in Defendant's favor, without further opportunity for Plaintiff to respond or oppose.

**IT IS SO ORDERED.**