KEVIN G. CLARKSON
ATTORNEY GENERAL
Dario Borghesan (Alaska Bar No. 1005015)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: dario.borghesan@alaska.gov

Attorney for Defendant Christina L. Reigh

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DAVID GARY GLADDEN, in propria persona, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA L. REIGH, in her personal and presumed Official capacity, <br><br> Defendant | Case No. 3:19-cv-00099-SLG <br><br> **[PROPOSED] ORDER EXPUNGING LIS PENDENS** |

Upon consideration of defendant Christina L. Reigh's motion to expunge lis pendens, and any opposition, it is hereby ordered:

The lis pendens filed by David Gary Gladden on May 13, 2019 in the Bristol Bay Recording District in connection with this case was never valid and is therefore EXPUNGED.

DATED: _____ 2019.

_____
Sharon L. Gleason
United States District Court Judge

# CERTIFICATE OF SERVICE

I certify that on June 6, 2019 the foregoing was served electronically on all parties via CM/ECF. I also caused to be served via U.S. mail a paper copy of this document on:

David Gary Gladden
P.O. Box 977109
Wasilla, AK 99687

/s/Dario Borghesan

Dario Borghesan
Assistant Attorney General

*Gladden v. Reigh* Case No. 3:19-cv-00099-SLG
Proposed Order Expunging Lis Pendens Page 2 of 2
Case 3:19-cv-00099-SLG   Document 12-1   Filed 06/06/19   Page 2 of 2