RECEIVED
JUN 1 9 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

"David Gary Gladden"
13193 South Old Knik Harbor Drive
Wasilla, Alaska [99623]
907-671-7370 Phone
907-357-8004 Fax (call to turn on)
dave@alaskaminuteman.com

## "District Court of the United States"
### District of Alaska
### Anchorage, Alaska

**David Gary Gladden,** *in propria persona*  )
    Plaintiff )
)
*Versus* ) **Case: 3:19-cv-99**
)
**CHRISTINA L. REIGH, in her** *personal and* )
    **Presumed Official Capacity** )

## Opposition to Docket 9 Filed by DARIO BORGHESAN ("BORGHESAN")

### Table of Contents.

I. Opposition to Docket 9 ......................................................................................... 2

  A. Lawyers and Attorneys like BORGHESAN LIE with Impunity. ...................... 2

  B. Off- Point Pleading. ............................................................................................ 3

  C. Attorneys Can't Testify to FACTS or to the Truthfulness of Facts .................... 4

  D. BORGHESAN is Fully Aware of Gladden's Docket 10 Third [second-errata] Amended Complaint with its fifty-nine (59) Attachments ....................................... 5

  F. LIES by BORGHESAN ........................................................................................ 5

    a. LIE one .............................................................................................................. 5

    b. LIE two ............................................................................................................. 6

    c. LIE three ........................................................................................................... 6

  d. LIE four. ..................................................................................................6

  e. LIES five+ ..................................................................................................7

  f. What Court is BORGHESAN filing into in this Complaint? ...................7

II. Verified Affidavit of Gary David Gladden. ................................................................9

III. Certificate of Service ....................................................................................10

## I. Opposition to Docket 9

**Comes Now**, David Gary Gladden, ("Gladden") with this **Opposition to Docket 9 Filed by DARIO BORGHESAN ("BORGHESAN") ("Opposition"). Notice that filing this Opposition validate in any manner Docket 9 as Gladden is proceeding under duress and an absolute Denial of Due Process of Law by the actions Judge GLEASON ("GLEASON") by her delaying the posting of the Gladden's Third [second - errata] Amended Complaint with its fifty nine (59) Attachments, which Gladden does incorporated into this Opposition that BORGHESAN does not address supported by GLEASON.**

  **BORGHESAN** in Docket 9 is replete with LIES and totally Off-Point conclusions of law and stating as LIEs as FACTS remembering that Attorneys CAN Not testify as to FACTS or allege FACTS and the truthfulness of FACTS in any pleading.

### A. Lawyers and Attorneys like BORGHESAN LIE with Impunity.

  Amazingly Congress clothed Lawyers and Attorneys like **BORGHESAN with by** enacting a Statute of the United States that grants government people and others to outright Lie with Impunity as codified in **18 U.S.C. § 1001(b), to wit:**

(a) Except as otherwise provided in this section, whoever, **in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully--**

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

ll be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

(b) **<u>Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding</u>**.

See also *United States v. McNeil*, 362 F.3d 570 (9th Cir. 2004); and, *United States v. Horvath*, 492 F.3d 1075 (9th Cir. 2007).

## B. Off- Point Pleading.

The Supreme Court of the United States has by its repeated adjudications, stated that if *dicta* or general expressions are not directly on-point they ought not to control subsequent suits starting with *Cohens v. Virginia*, 19 U.S. 264, 399-400 (1821), to wit:

> It is a maxim not to be disregarded, that general expressions, in every opinion, are to be taken in connection with the case in which those expressions are used. If they go beyond the case, they may be respected, **but ought not to control the judgment in a subsequent suit when the very point is presented for decision.** (emphasis added)

See also *Central Virginia Community v. Katz*, 126 S.Ct. 990, 996 (2006); *Jean v. Nelson*, 472 U.S. 846, 872 (1985); *Zenith Radio Corp. v. U.S.*, 437 U.S. 443, 462 (1978); *People of Puerto Rico v. Shell Co.*, 302 U.S. 253, 269 (1937); *Oska Shosen Kaisha Line v. U.S.*, 300 U.S. 98, 103 (1937); *Humphrey's Ex'r v. U.S.*, 295 U.S. 602, 627 (1935); *Myers v. U.S.*, 272 U.S. 52, 142 (1926); *Joplin Mercantile Co. v. U.S.*, 236 U.S. 531, 538 (1915); *Downes v. Bidwell*, 1982 U.S. 244, 258 (1901); *French v. Barber Asphalt Pav. Co.*, 181 U.S. 324, 367 (1901); *U.S. v. Wong Kim Ark*, 169 U.S. 649, 679 (1898); *Pollock v. Farmers' Loan & Trust Co.*, 157 U.S. 429, 574 (1895); *Leisy v. Hardin*, 135 U.S. 100, 135 (1890); *Carroll v. Carroll's Lessee*, 57 U.S. 275, 287 (1853).

## C. Attorneys Can't Testify to FACTS or to the Truthfulness of Facts

See *Trinsey v. Pagliaro*, 229 F.Supp. 647, 649 (E.D.Penn. 1964); In *Borbon v. City of Tucson*, 556 P.2d 1153, 1154 (Ct.App.Ariz. 1976), to wit:

> **Summary judgment cannot be granted on the basis of statements of fact in the moving party's brief even though they are uncontroverted by an opponent.** *Trinsey v. Pagliaro*, 229 F.Supp. 647 (E.D.Pa.1964); *Wright & Miller, Federal Practice and Procedure, Vol. 10, Sec. 2723*, p. 489. **Similarly, the court may not take cognizance of positions regarding the facts based upon exhibits that are merely parts of the briefs and have not been otherwise verified or supported.** *Goldman v. Summerfield*, 94 U.S.App.D.C. 209, 214 F.2d 858 (1954). However, admissions in the brief by the party opposing the motion may be used in determining that there is no genuine issue as to any material facts since they are functionally equivalent to 'admissions on file' which are expressly mentioned in Rule 56(c), Arizona Rules of Civil Procedure. Cf. *Allison v. Mackey*.

In *United States v. Roberts*, 618 F.2d 530, 536-537 (9th Cir. 1980) "*United States v. Arroyo-Angulo*, 580 F.2d 1137, 1150 (2nd Cir. 1978) (concurring opinion). We agree.

<u>**The prosecution may not portray itself as a guarantor of truthfulness."**</u> See *United States v. Collins*, 401 F3d. 212, 216 (4rh Cir. 2005); *United States v. Collins*, 415 F. 3d 304, 308 (4th Cir. 2005); *United States v. Simtob*, 901 F.2d 799, 806 (9th Cir. 1990).

### D. BORGHESAN is Fully Aware of Gladden's Docket 10 Third [second-errata] Amended Complaint with its fifty-nine (59) Attachments

**BORGHESAN** having electronic access to the "United States District Court" (sic) of Pacer has immediate notification of filings and also a duty to check if a before filing a Motion to Dismiss to see if Gladden has filed a timely Amended Complaint as Gladden does not have access to electronic filing in Pacer.

**BORGHESAN** filed the Motion to Dismiss at Docket 9 and definitely had one day later NOTICE of Gladden's filing of Docket 10 via Pacer but BORGHESAN has made NO attempt to correct his Motion to Dismiss but instead supporting GLEASON's Docket 11 minute order. This is evidenced by the back dating by Clerk in **Attachment 1—Docket Sheet** ("Attach 1—Docket Sheet").

Gladden has already filed in Motion on the Conflicts of interest and that BORCHESAN "practices" law ONLY in the administrative "judicial districts" created by the Alaska Bar Association.

### F. LIES by BORGHESAN

#### a. LIE one

**BORGHESAN** as evidenced in **Attachment 2—Docket 9 page 1** "Gladden filed in a complaint **in the Superior Court for the State of Alaska**."

**Truth:** Gladden ONLY filed in the **"Superior Court of the State of Alaska" "Third District"** that is evidenced by public Record 3DI-18-2CI, Dillingham Gladden's.

### b. LIE two.

**BORGHESAN** as evidenced in **Attachment 2—Docket 9 page 1 makes a Factual and Legal determination that "Judge Christian L. Reigh" is actually a "Judge," being a Lawyer trick to plead as a fact that REIGH was in fact a "Judge" bypassing the essential element is there an "Office" established under the Legislature of the State of Alaska or the Constitution of Alaska to which REIGH could be either a *de jure Officer or de facto Officer*.**

**Truth: REIGH has no "Office" established by the Legislature of the State of Alaska or the Constitution of Alaska but is only a black robed Alaska Bar Member operating in an administrative in the "Third Judicial District."**

### c. LIE three.

**BORGHESAN** claims that Gladden has no Claim in the "character" of a "citizen of the United States that is embedded in the Fourteenth Amendment that denies the "citizens of Alaska" due Process of law by any "State Actor." See Docket 10 and Attachments.

### d. LIE four.

Gladden as no remedy in the Courts of Alaska as all are very good black robed Alaska Bar Members that ONLY operate in the Administrative Judicial Districts established by the Alaska Bar Association. See Docket 10 and Attachments.

### e. LIES five+

BORGHESAN Attachment 2 Docket 9 is replead with so many LIES that are refuted in Docket 10 and its Attachments there is not space in a pleading to identify each of BORGHESAN's LIES.

Where is the evidence of the "Office" that RIEGH allegedly holds identified in Docket 9 which if not identified being an essential element of Gladden's Complaint is a *sine qua non* that no such "Office" exists established by the Legislature of the State of Alaska or the Constitution of Alaska voiding all of BORGHESAN's Motion to Dismiss LIES.

### f. What Court is BORGHESAN filing into in this Complaint?

BORGHESAN's Motion to Dismiss at Docket 9 is irrefutable evidence of "United States District Court" under Article I Section 8 Clause 9 "inferior Tribunals inferior to the supreme Court" which Gladden DID not file into as evidenced in Docket 10 and its Attachmetns.

### Conclusion

With REIGH with a "clear absence of all jurisdiction" of any "Office" established by the Legislature of the State of Alaska or the Constitution of Alaska being an essential element of a *de jure Officer or a de facto Officer* is a *sine qua non* that all actions by REIGH are VOID and not just voidable. See Docket 10 and Attachments.

And further, Gladden is not attempting an Appeal or otherwise retrying of 3DI-18-2CI this is after Gladden had given REIGH "Actual Notice" that she was

proceeding in "clear absence of all jurisdiction" proceeded forward at her own peril.

My Hand,

*David Gary Gladden*

## II. Verified Affidavit of Gary David Gladden.

**State of Alaska**                 )
                                       ) ss.
**United States of America**     )

       Comes now "Gary David Gladden" with this verified Affidavit of the facts in the Motions filed today on June 18th, 2019 and Docket 10 Third Amended Complaint and all of the Attachments are True and correct under the penalties of perjury.

       1. My true name is "David Gary Gladden."

       2. I of the age of majority and competent to testify to the FACTs in the Motions filed today on June 18th, 2019 and Docket 10 Third Amended Complaint and all of the Attachments.

       3. I have filed the Complaint in a "District Court of the United States" arising under Article III Sections 1 and 2 exercising the "judicial Power of the United States."

       4. I did not filed these Complaints into an Article I Section 8 Clause 9 "legislative court."

       5. I do not consent to any Article I Section 8 Clause 9 "legislative Court."

       6. I have been denied "Due Process of Law" to date in an Constitutional Court in the "State of Alaska" with Alaska being one of the several States.

                                                 My Hand, */s/ David Gary Gladden*

Sworn and subscribed before a Notary public in and for the State of Alaska on June 18th, 2019.

       My Civil Commission expires on   November 30, 2020

                                             */s/*                  
                                                   Signature of Notary Public

[Seal]    *Taylor Rosling, Notary Public, State of Alaska, My Comm. Exp. November 30, 2020*

## III. Certificate of Service

I certify that a true and correct copy of this Motion and Attachments were mailed via USPS first class to the following parties, to wit:

**CHRISTINA L. REIGH**
P.O. Box 965
Dillingham, Alaska 99576

No Appearance Yet by Dario Borghesan
**Courtesy Copy**
**DARIO BORGHESAN**
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
907-269-5720 Phone
907-279-2834 Fax
Dario.gorghesan@alaska.gov.

Date: June 18th, 2019

*David Hary Haddon*
Signature