"David Gary Gladden"
13193 South Old Knik Harbor Drive
Wasilla, Alaska [99623]
907-671-7370 Phone
907-357-8004 Fax (call to turn on)
dave@alaskaminuteman.com

RECEIVED
JUN 1 9 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

"District Court of the United States"
District of Alaska
Anchorage, Alaska

| | |
|---|---|
| **David Gary Gladden,** *in propria persona* ) <br> Plaintiff ) <br> ) <br> *Versus* ) <br> ) <br> **CHRISTINA L. REIGH, in her** *personal and* ) <br> **Presumed Official Capacity** ) | Case: 3:19-cv-99 |

Motion to Accept Late Filing of
Opposition to Docket 9 Filed by DARIO BORGHESAN ("BORGHESAN")
And Verified Affidavit Errata

Comes Now, David Gary Gladden, with Motion to Accept late Filing of **Motion to Accept Late Filing of Opposition to Docket 9 Filed by DARIO BORGHESAN ("BORGHESAN") ("Opposition") and Verified Affidavit Errata.**

I had trouble with my very old Mac Laptop on May 18th, 2019 and I had to have a friend that I went to finish up typing this Opposition. When he finished, I went looking for a Notary to have it notarized. There is a bank next to the print shop I use to print the documents but this bank refused to notarize this Opposition as I was not a member which is unheard of which cost me time to find a Notary. I finally got the Opposition Notarized and then headed for the Clerk's Office. I got there at 4:38 PM and they were closed. I

when back to the Clerk on May 19th, 2019 at about 8:30 AM and filed in the Opposition plus the other three motions and I had the Clerk make me a copy of the Notary for the copies I am mailing.

The ERRATA being that I had my friend type up to finish the Opposition Affidavit and he got my name wrong (once correct and twice wrong) as it is "David Gary Gladden" and not "Gary David Gladden" that appears twice wrong and once correct, so the Affidavit should be corrected to reflect my true name of "David Gary Gladden" as I was running out of time to proof it presuming my friend would get my name correct.

Therefore, I Motion the "District Court of the United States" to accept the late filing of the Opposition and it does not prejudice **REIGH** and is in the interest of justice remembering I don't have the benefit of electronic filing that allows attorneys up to midnight to file.

And further to have "Gary David Gladden" (two appearances) to read "David Gary Gladden" in the Verified Affidavit. Errata.

My Hand,

*David Gary Gladden*

## III. Certificate of Service

I certify that a true and correct copy of this Motion and were mailed via USPS first class to the following parties, to wit:

**CHRISTINA L. REIGH**
P.O. Box 965
Dillingham, Alaska 99576

No Appearance Yet by Dario Borghesan
**Courtesy Copy**
**DARIO BORGHESAN**
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
907-269-5720 Phone
907-279-2834 Fax
Dario.gorghesan@alaska.gov.

Date: June 19th, 2019

_David Dory Gladden_
Signature