"David Gary Gladden"
13193 South Old Knik Harbor Drive
Wasilla, Alaska [99623]
907-671-7370 Phone
907-357-8004 Fax (call to turn on)
dave@alaskaminuteman.com



RECEIVED
JUL 12 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**"District Court of the United States"**
**District of Alaska**
**Anchorage, Alaska**

| | |
|---|---|
| **David Gary Gladden,** *in propria persona* ) | |
| Plaintiff ) | |
| ) | |
| *Versus* ) | Case: 3:19-cv-99 |
| ) | |
| **CHRISTINA L. REIGH,** in her *personal and* ) | |
| Presumed Official Capacity ) | |

**Opposition to Docket 18 Reply (SIC) Filed by DARIO BORGHESAN ("BORGHESAN") and Docket 18 Should be Stricken.**

**Table of Contents.**

I. Opposition to Docket 18 Reply (SIC)..................................................................................2

   A. Lawyers and Attorneys like BORGHESAN LIE with Impunity............................2

   B. Off- Point Pleading. ..........................................................................................3

   C. Attorneys Can't Testify to FACTS or to the Truthfulness of Facts......................4

III. BORGHESAN Needs a Bona Fide Assistance of Counsel As BORGHESAN States as FACT a LIE that is NOT in the Complaint and then Proceeds to Validate the LIE. ......................5

IV. REIGH is a Mere Employee with no "Office" Established By the Legislature of the State of Alaska or the Constitution of the United States. .......................................................................9

   A. Public Officer and Creation of an Office Requirements—Public Officer versus mere Employee—Employees Have not "Office.............................................................................11

   B. State Plan. ........................................................................................................13

II. Verified Affidavit of Gary David Gladden...........................................................................16

III. Certificate of Service .................................................................................................. 17

## I. Opposition to Docket 18 Reply (SIC)

**Comes Now**, David Gary Gladden, ("Gladden") with this **Opposition to Docket 18 Reply (SIC) Filed by DARIO BORGHESAN Docket 18 Should be Stricken ("BORGHESAN") ("Opposition").**

One thing that **BORGHESAN excels in** providing evidence Docket 18 is replete with LIES and MORE totally Off-Point conclusions of law and stating LIEs as FACTS remembering that Attorneys CAN Not testify as to FACTS or allege FACTS and the truthfulness of FACTS in any pleading.

### A. Lawyers and Attorneys like BORGHESAN LIE with Impunity.

Amazingly Congress clothed Lawyers and Attorneys like **BORGHESAN with immunity by** enacting a Statute of the United States that grants government people and others to outright Lie with Impunity as codified in **18 U.S.C. § 1001(b),** to wit:

> (a) Except as otherwise provided in this section, whoever, **in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully--**
>
> (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
>
> (2) makes any materially false, fictitious, or fraudulent statement or representation; or
>
> (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
>
> ll be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the

term of imprisonment imposed under this section shall be not more than 8 years.

(b) **Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding**.

See also *United States v. McNeil*, 362 F.3d 570 (9th Cir. 2004); and, *United States v. Horvath*, 492 F.3d 1075 (9th Cir. 2007).

### B. Off-Point Pleading.

The Supreme Court of the United States has by its repeated adjudications, stated that if *dicta* or general expressions are not directly on-point they ought not to control subsequent suits starting with *Cohens v. Virginia*, 19 U.S. 264, 399-400 (1821), to wit:

> It is a maxim not to be disregarded, that general expressions, in every opinion, are to be taken in connection with the case in which those expressions are used. If they go beyond the case, they may be respected, **but ought not to control the judgment in a subsequent suit when the very point is presented for decision.** (emphasis added)

See also *Central Virginia Community v. Katz*, 126 S.Ct. 990, 996 (2006); *Jean v. Nelson*, 472 U.S. 846, 872 (1985); *Zenith Radio Corp. v. U.S.*, 437 U.S. 443, 462 (1978); *People of Puerto Rico v. Shell Co.*, 302 U.S. 253, 269 (1937); *Oska Shosen Kaisha Line v. U.S.*, 300 U.S. 98, 103 (1937); *Humphrey's Ex'r v. U.S.*, 295 U.S. 602, 627 (1935); *Myers v. U.S.*, 272 U.S. 52, 142 (1926); *Joplin Mercantile Co. v. U.S.*, 236 U.S. 531, 538 (1915); *Downes v. Bidwell*, 1982 U.S. 244, 258 (1901); *French v. Barber Asphalt Pav. Co.*, 181 U.S. 324, 367 (1901); *U.S. v. Wong Kim Ark*, 169 U.S. 649, 679 (1898); *Pollock v. Farmers' Loan & Trust Co.*, 157 U.S. 429, 574 (1895); *Leisy v. Hardin*, 135 U.S. 100, 135 (1890); *Carroll v. Carroll's Lessee*, 57 U.S. 275, 287 (1853).

## C. Attorneys Can't Testify to FACTS or to the Truthfulness of Facts

See *Trinsey v. Pagliaro*, 229 F.Supp. 647, 649 (E.D.Penn. 1964); In *Borbon v. City of Tucson*, 556 P.2d 1153, 1154 (Ct.App.Ariz. 1976), to wit:

> **Summary judgment cannot be granted on the basis of statements of fact in the moving party's brief even though they are uncontroverted by an opponent.** *Trinsey v. Pagliaro*, 229 F.Supp. 647 (E.D.Pa.1964); *Wright & Miller, Federal Practice and Procedure, Vol. 10, Sec. 2723*, p. 489. Similarly, the court may not take cognizance of positions regarding the facts based upon exhibits that are merely parts of the briefs and have not been otherwise verified or supported. *Goldman v. Summerfield*, 94 U.S.App.D.C. 209, 214 F.2d 858 (1954). However, admissions in the brief by the party opposing the motion may be used in determining that there is no genuine issue as to any material facts since they are functionally equivalent to 'admissions on file' which are expressly mentioned in Rule 56(c), Arizona Rules of Civil Procedure. Cf. *Allison v. Mackey*.

In *United States v. Roberts*, 618 F.2d 530, 536-537 (9th Cir. 1980) "*United States v. Arroyo-Angulo*, 580 F.2d 1137, 1150 (2nd Cir. 1978) (concurring opinion). We agree. <u>**The prosecution may not portray itself as a guarantor of truthfulness.**</u>" See *United States v. Collins*, 401 F3d. 212, 216 (4rh Cir. 2005); *United States v. Collins*, 415 F. 3d 304, 308 (4th Cir. 2005); *United States v. Simtob*, 901 F.2d 799, 806 (9th Cir. 1990).

**Gladden has already filed in Motion on the Conflicts of interest and that BORCHESAN "practices" law ONLY in the administrative "judicial districts" created by the Alaska Bar Association.**

**And further, BORGHESAN has made no Appearance FOR any Party to Date in the Record therein BORGHESAN has Trespassed into this Complaint and any "Pleadings" or "Filing" are not voidable but void *ab initio*.**

And further, **BORGHESAN** has not provided one FACT by either a verified affidavit or Declaration therefore *flows a fortiori* that his *ultra vires* pleadings are an unassailable factual evidence of nothing, *i.e.*, not FACTS, but more manufactured LIES. Where is **REIGH** and her Verified Affidavits as it seems that honest Independent "judge" (sic) who is deemed to know the law would be filing into the Case with the facts by verified affidavit or declaration? Yep, **REIGH** is MIA.

## II. BORGHESAN Needs a Bona Fide Assistance of Counsel As BORGHESAN States as FACT a LIE that is NOT in the Complaint and then Proceeds to Validate the LIE.

Gladden did NOT "assert that Judge REIGH is not entitled to judicial immunity because she is not really a judge." One of the **essential elements** of the Complaint is that REIGH has no "Office," therein being neither a *de jure Officer* or a *de facto Officer* can exist as there is no "Office." The essential element of no "Office" for (1) *de jure Officer*; OR, (2) *de facto Officer* is a *sine qua non* of "clear absence of all jurisdiction."[1]

The Complaint against "**CHRISTINA L. REIGH**" ("**REIGH**") is in her personal and Presumed Official Capacity for proceeding against Gladden after Gladden had given **REIGH "actual notice"** that she was proceeding with a "clear absence of all jurisdiction"[2] in the Case: 3DI-18-00002CI in Dillingham, Alaska under the "State Bar

---

[1] *Stump v. Sparkman*, 435 U.S. 349, 349, 356-357 (1978) "Held: . . . (a) A judge will not be deprived of immunity because the action he took was in error, was done maliciously, or was in excess of his authority, but rather he will be subject to liability only when he has acted in the **"clear absence of all jurisdiction**," *Bradley v. Fisher*, 13 Wall. 335, 351, 20 L.Ed. 646. Pp. 1104-1105 (1871),"

[2] *Stump v. Sparkman*, 435 U.S. 349, 349, 356-357 (1978) "Held: . . . (a) A judge will not be deprived of immunity because the action he took was in error, was done maliciously, or was in excess of his authority, but rather he will be subject to liability only when he has acted in the **"clear absence of all jurisdiction**," *Bradley v. Fisher*, 13 Wall. 335, 351, 20 L.Ed. 646. Pp.

Bylaws, Art. I § 6 <u>Administrative</u> Districts—(3)"Third Judicial District" with this **Third Amended Complaint and in the Nature of a Quo Warranto. ("Complaint")** and **BORGHESAN** ignores same as this essential element does not exist if ignored. Sorry, **BORGHESAN,** it still remains an essential element of the Complaint that is supported by relevant evidence.

The "**Third Judicial District**" is an "**administrative district**" "**created**" by the **Alaska Bar (Not the Legislature of the State of Alaska or the Constitution <u>for</u> the State of Alaska)** as evidenced by **Attachment 1—State Bar Bylaws, Art. II, Sections 6. Administrative Districts ("Attach 1—State Bar Bylaws, Art. I")**, to wit:

> **Section 6. Administrative Districts.** For the purpose of the <u>administration</u> of the Act, these Bylaws, the Rules, and the Policies and Regulations promulgated under them, **four administrative districts, based in part upon the judicial districts existing in 1973, <u>are created</u>** as follows:
>
> (1) The First Judicial District of Alaska;
> (2) The Second and Fourth Judicial Districts of Alaska combined;
> (3) **<u>The Third Judicial District of Alaska;</u>** and
> (4) Any jurisdiction or geographical area outside the State.

The constitutional Venue for an "Office" within the "**Third District**"[3] as established by the **Legislature of the State of Alaska** in 1959 in SLA 1959, ch. 50, § 16 codified today in ©AS § 22.10.010—Establishment of Superior Court is evidenced by **Attachment 2—SLA 1959, ch. 50, § 16 ("Attach 2—SLA 1959 ch. 50, § 16").**

And further, **REIGH** has been knowingly and intentionally proceeding against Gladden after Gladden had given **REIGH** "**actual notice**" with a "clear absence of all

---

1104-1105 (1871),"

[3] SLA 1959, ch. 50, § 16 codified today in ©AS § 22.10.010—Establishment of Superior Court.

jurisdiction" using the Alaska Bar "Administrative Districts" by the Alaska Bar Association with "District" defined and evidenced in the State Bylaws, Art. XIII (5) "District" means an **administrative district** of Alaska, as defined in Article I, Section 6 being **Attachment 3—Definition of "District" by the Alaska Bar ("Attach 3—Definition of "District" by the Alaska Bar").**

REIGH uses the "administrative district" of the Alaska Bar **Attach 1—State Bar Bylaws, Art. I")** being "IN THE SUPERIOR COURT FOR THE STATE OF ALASKA" instead of the constitutional "**In the Superior Court of the State of Alaska**" established by **Attach 2—SLA 1959 ch. 50, § 16.**

And further, **REIGH** has been proceeding against Gladden after being given "actual notice" that **REIGH** had no "Office" established by the Constitution **for** the State of Alaska or the Legislature of the State of Alaska therein *flows a fortiori* that **REIGH** is not a "*de jure officer*" or a "*de facto officer*" as there must exist a "office" established by the Constitution **for** the State of Alaska or by the Legislature of the State of Alaska. See Memorandum on *de jure* and *de facto, infra.*

And further, the qualifications for in the State of Alaska to "vote" is only for "citizens of the United States" that have no right of suffrage or elective franchise. See Section on "citizens of the United States," *infra.*

And further, there are no elections to vote if you are a "citizen of Alaska" to exercise your right of the elective franchise and your right of suffrage to be a qualified elector to elect "public officers of the State of Alaska."

And further, there are no elections for any "public officers of the State of Alaska"

with Alaska being one of the several States.

And further, there are no "trial by jury" in Alaska except that you to be a "citizen of the United States" instead of a "citizen of Alaska."

And further, **REIGH** is operating *ultra vires* and in "clear absence of all jurisdiction"[4] exercising any "judicial Power" of any of the several States and evidenced by all of the actions and filings of **REIGH**.

And further, due to the CON of the people of Alaska including **REIGH** that has absolutely not one scintilla of authority, duty or relationship in any capacity to Alaska of an "Office" established by the Legislature of the State of Alaska or the Constitution **for** the State of Alaska as one of the several States to exercise any "judicial Power of Alaska."

And further, **REIGH** is merely an "employee of the SOA[5]" with the definition of "State" being as codified in 52 U.S.C. § 20502 (4) "the term "State" means a State of the United States and the District of Columbia."

And further, **REIGH** has not one scintilla of authority, duty or relationship in any capacity as a "public Office of the State of Alaska" with Alaska being one of the several States.

---

[4] *Stump v. Sparkman*, 435 U.S. 349, 349, 356-357 (1978) "Held: . . . (a) A judge will not be deprived of immunity because the action he took was in error, was done maliciously, or was in excess of his authority, but rather he will be subject to liability only when he has acted in the **"clear absence of all jurisdiction,"** *Bradley v. Fisher*, 13 Wall. 335, 351, 20 L.Ed. 646. Pp. 1104-1105 (1871),"

[5] **REIGH** will have an Employee Affidavit pursuant to ©AS 39.05.045.

### III. REIGH is a Mere Employee with no "Office" Established By the Legislature of the State of Alaska or the Constitution of the United States.

In the "Rules Governing the Administration of All Court" in Rule 34— Bonding of All Justices, Judges, Magistrate Judges, and Judicial Employees, to wit:

> The administrative director shall ensure that the blanket position bond covering all **state employees** also covers **all justices, judges, magistrate judges and all employees of the state judicial system**. Such bond shall **protect the state** as to the honesty and faithful performance of duty of all court system positions covered and shall extend coverage to protect the state from loss by reason of the illegal act of any person **not an employee of the state judicial system.**

This "Bond" is only for "employees" and the CON of judicial Officers, justices and magistrates is good Cover for CONNING the People of Alaska.

As evidenced in the **Great American Insurance Group "Policy No. GVT 1243870 20 00"** only covers "employees" as evidenced by the Current insurance Policy for Rule 34 being **Attachment 3—Great American Insurance Group "Policy No. GVT 1243870 20 00" ("Attach 3—Policy"). Attach 3—Policy, Pg. 13 of 45**, to wit:

> 5. Employee means:
> a. Any natural person:
>     (1) **while in your service** or for 30 days after termination of service; and
>     (2) whom you compensate directly by salary, wages or commissions; and
>     (3) **whom you have the right to direct and control while performing services for you.**
> b. Any natural person who is furnished temporarily to you to:
>     (1) substitute for a permanent employee as defined in (a) above who is on leave; or
>     (2) meet seasonal or short-term workload conditions; **while that person is subject to your direction and control and performing services for you** excluding, however, any such person while having

care and custody of property outside the premises.
c. Employee does not mean any:
    (1) agent, broker, person leased to you by a labor leasing firm (except when furnished on a temporary basis under the circumstances set forth in Definition 5.b.), factor, commission merchant, consignee, independent contractor or representative of the same general character; or
    (2) member of any legislative board or council or any advisory commission, except while performing acts within the scope of the usual duties of an employee.

Then on **Attach 3—Policy pg. 11 pg. 11**, to wit:

1. **Employee Dishonesty**
We will pay for loss resulting directly from **dishonest acts committed by an employee**, whether identified or not, acting alone or in collusion with other persons, with the manifest intent to:
    a. Cause you to sustain loss; and
    b. Obtain an improper financial benefit for:
(1) **the employee**; or
(2) any person or organization intended by the **employee** to receive that benefit.
As used in this Insuring Agreement, an improper financial benefit does not include any employee benefits received in the course of **employment**, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions.

The Court (**District Court of the United** States Arising under Article III Sections 1 and 2 exercising the "judicial Power of the United States" in "all Cases in Law, and in Equity") ("**the Court**") shall take judicial Notice of this **Attach 3—Policy** that the CON being that Rule 34 is for all Judge, Justices, Magistrate (titles bestowed for the CON with no imposters with no "Office") but if not an mere "Employee" "whom you have the right to direct and control while performing services for you," therein these "employees" could Steal from the **STATE OF ALASKA** ("**SOM**").

## A. Public Officer and Creation of an Office Requirements—Public Officer versus mere Employee—Employees Have not "Office.

Mere "Employees" DO NO have not "Office" established by the Legislature of the State of Alaska or the Constitution and they conform to the terms in the **Attach 3— Policy "whom you have the right to direct and control while performing services for you,"** *ibid*.

The supporting holding of the difference from a "public Officer" with an "Office" versus a mere employee is well settled. In the adjudged decision of *State v. Hawkins*, 257 P. 411, 413-418 (Sup. Ct. Mont. 1927) is an exhaustive examination of the essential elements to be a "public Officer" of a civil nature in any of the several States and the requirements pertaining to the creation of an "Office" in any of the several States based upon the holdings of many decisions of numerous courts of the several States which are omitted for brevity, but are relied upon, and this holding is ibid at 418, to wit:

> After an exhaustive examination of the authorities, we hold that five elements are indispensable in any position of public employment, in order to make it **a public office of a civil nature**: (1) It **must be created by the Constitution or by the Legislature** or created by a municipality or other body through authority conferred by the Legislature; (2) it **must possess a delegation of a portion of the sovereign power of government,** to be exercised for the benefit of the public; (3) the **powers conferred, and the duties to be discharged, must be defined, directly or impliedly, by the Legislature or through legislative authority;** (4) the **duties must be performed independently and without control of a superior power, other than the law,** unless they be those of an inferior or subordinate office, created or authorized by the Legislature, and by it placed under the general control of a superior officer or body; (5) it **must have some permanency and continuity,** and not be only temporary or occasional. In addition, in this state, **an officer must take and file an official oath, hold a commission or other written authority, and give an official bond, if the latter be required by proper authority.** *[Emphasis added]*

This Court may not presume the existence that any of the Defendants are in fact either judicial Officers of the several States or executive Officers of the several States, *ibid* at 414, "... **we may not presume he is an officer; it must be shown**. * * * It must appear in the record" (citations omitted).

Another extensively researched case on "public Officer" and the requirement of the creation of an "Office" is *State v. Cole*, 148 P. 551, 552 *et seq.* (Sup. Ct. Nev. 1915) which is based upon the holdings of many decisions of numerous courts of the several States which are omitted for brevity, but are relied upon, held *ibid* at 552 an Office can't spring into existence, but must be created, to wit:

> **An office does not spring into existence spontaneously. It is brought into existence, either under the terms of the Constitution, by legislative enactment, or by some municipal body, pursuant to authority delegated to it.** "All public offices must originally have been created by the sovereign as the foundation of government."

In the adjudged decision in *Hawkins*, *supra.* at 415 citing the holding of *State v. Spaulding*, 72 N.W. 288, 291 (Sup. Ct. Iowa 1897), the distinction of a "position", i.e. mere employee is explicated from an [public] officer, to wit:

> "A **position**, the **duties** of which * * * **can be changed at the will of the superior,** * * * is not an office, but a mere employment, and the incumbent is not an officer, but a **mere employee.**" *[Emphasis added]*

And further, in the adjudged decision of *Hawkins*, *supra.*, at 417 explicating when a "position" is created not by force of law, but by a contract of employment, it isn't an "office", "When a position is created, not by force of law but by contract of employment, the employment does not rise to the dignity of an office."

A "public Officer" as distinguished from an "employee" must be invested by law with a portion of the state's sovereignty for the public benefit largely independent of the control of others and authorized to exercise functions either of executive, legislative, or judicial character. See *State Ex rel. Newman v. Skinner*, 191 N.E. 127, 128 (Sup. Ct. Ohio 1934); *City of Groves v. Ponder*, 303 S.W. 485, 488 (Tex. Civ. App. 1957); *State ex rel. Milburn v. Pethtel*, 90 N.E.2d 686, 689 (Sup. Ct. Ohio 1950); *Dunbar v. Brazoria County*, 224 S.W.2d 738, 740 (Tex. Civ. App. 1949); *Application of Barber*, 100 N.Y:.S.2d 668, 670 (Sup. Ct. Albany County, N.Y. 1951); *Francis v. Iowa*, 98 N.W.2d 733, 735, 736 (Sup. Ct. Iowa); *State ex rel. Dunn v. Ayers*, 113 P.2d 785, 787 (Sup. Ct. Mont. 1941).

### B. State Plan.

And further, these mere "employees" such as **REIGH** are in the same relationship as the "employees" in the District of Columbia, being under the plenary power of Congress implementing the "regulations" of the Federal Agencies. This is evidenced in the **Attachment 4—Alaska State Plan Approved in 2014 ("Attach 4—State Plan")**.

**The Court** shall take judicial Notice that ALL of the Regulations are of the Code of Federal Regulations ("CFR") (FEDERAL} and cover a myriad of issues to receive "Grant" money and kickbacks for "performance" of generating money and making quotas from Driver Licenses, Child Custody, etc., using Cooperative Agreements and other legal documents where **REIGH is audited for the amount of Money done under**

the CON of CSSD, Adoptions[6] (much higher bounty paid today) and more with a LIST of the "agencies" having hidden "cooperative agreements" with some identified on Page 63 of 94. A form of Child Slavery for MONEY.

Cooperative Agreements are not easy to come by anymore as the **SOA** doesn't want these documents out for the public have REAL evidence of **CON** done by **REIGH** and her ilk for which **REIGH is audited** As evidenced by **Attachment 5—Cooperative Agreement Example Between the Courts [judicial (sic)] and the CSSD [executive (sic)] for MONEY ("Attach 5—Cooperative Agreement").**

In **Attach 5—Cooperative Agreement, pg. 8,** to wit:

**VI. Other Terms and Conditions**
**A.** In addition to the **federal** and state laws and **regulations** cited above, the **parties agree to comply** with the provisions of the Title IV-D of the Social Security Act, implementing regulations and any other federal or state law or **regulation applicable to the contents, execution, performance and enforcement of this agreement.**
**B. Financial penalties** or disallowances of federal financial participation for incurred expenditures that are sustained by CSSD as a direct result of any **federal audit** or office review **finding of inadequate performance by the Court** under **this agreement shall be passed on to the Court** in the appropriate share upon receipt of official notice of such finding.

**REIGH is "audited" for her "performance for the Court" concerning MONEY.**

Evidence that **REIGH is bought and paid for to generate MONEY for many SOA agencies.**

---

[6] In 111 Stat. 2115, PL 105-89 **"(d) ADOPTION INCENTIVE PAYMENT.--** "(1) IN GENERAL.--Except as provided in paragraph (2), the adoption incentive payment payable to a State for a fiscal year under this section shall be equal to the sum of--
 "(A) **$4,000, multiplied by the amount** (if any) by which the **number of foster child adoptions** in the State during the fiscal year **exceeds the base number of foster child adoptions for the State for the fiscal year**; and
 "(B) **$2,000, multiplied by the amount** (if any) by which the number of **special needs adoptions** in the State during the fiscal year **exceeds the base number of special needs adoptions for the State for the fiscal year."**

Where is the "independent Judge?" **REIGH** being a mere "employee" in the Administrative District of the Alaska Bar association evidenced by **Attach 1—State Bar Bylaws, Art. I is bought and paid for and REIGH is audited for the amount of money generated by HER with no separation of Powers** between constitutional Court of Alaska with bona fide "public offices" with an "office" established by the Legislature of the State of Alaska or the Constitution of Alaska; and, a constitutional executive branch, with Alaska being one of the several States.

Therefore, for the above reasons presented in Law and in FACT, Docket 18 by **BORGHESAN, should be Stricken; and further, BORGHESAN pleading in Docket 18 is totally off-point and of ZERO value in this instant Case.**

My Hand,

*David Gary Gladden*

## IV. Verified Affidavit of Gary David Gladden.

**State of Alaska** )
                        ) ss.
**United States of America** )

Comes now "Gary David Gladden" with this verified Affidavit of the facts in the Motions filed today on June 18th, 2019 and Docket 10 Third Amended Complaint and all of the Attachments are True and correct under the penalties of perjury.

1. My true name is "David Gary Gladden."

2. I of the age of majority and competent to testify to the FACTs in this Motion and Attachments; and, Docket 10 Third Amended Complaint and all of the Attachments.

3. I have filed the Complaint in a "District Court of the United States" arising under Article III Sections 1 and 2 exercising the "judicial Power of the United States."

4. I did not filed these Complaints into an Article I Section 8 Clause 9 "legislative court."

5. I do not consent to any Article I Section 8 Clause 9 "legislative Court."

6. I have been denied "Due Process of Law" to date in an Constitutional Court in the "State of Alaska" with Alaska being one of the several States.

My Hand, *David Gary Gladden*

Sworn and subscribed before a Notary public in and for the State of Alaska on July 12th, 2019.

My Civil Commission expires on 10/01/2022

*Angelina McFeron*
Signature of Notary Public

[Seal]
STATE OF ALASKA
NOTARY PUBLIC
Angelina McFeron
My Commission Expires: 10/01/2022

Case: 3:19-cv-99      Page 16 of 17
Case 3:19-cv-00099-SLG   Document 20   Filed 07/12/19   Page 16 of 17

### III. Certificate of Service

I certify that a true and correct copy of this Motion and Attachments were mailed via USPS first class to the following parties, to wit:

**CHRISTINA L. REIGH** [Has been Refusing USPS Mail so will not continue mailing to same.]
P.O. Box 965
Dillingham, Alaska 99576

No Appearance Yet by Dario Borghesan
**Courtesy Copy**
**DARIO BORGHESAN**
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
907-269-5720 Phone
907-279-2834 Fax
Dario.gorghesan@alaska.gov.

Date: July 12th, 2019

_David Gary Gladden_
Signature