# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DAVID GARY GLADDEN,
    Plaintiff,

Case Number 3:19-cv-00099-SLG

v.

CHRISTINA L. REIGH,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED with prejudice as the defendant has judicial immunity.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: July 26, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

        *Lesley K. Allen*
    Lesley K. Allen, Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}