KEVIN G. CLARKSON
ATTORNEY GENERAL
Dario Borghesan (Alaska Bar No. 1005015)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: dario.borghesan@alaska.gov

Attorney for Defendant Christina L. Reigh

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DAVID GARY GLADDEN, in propria persona, | ) ) ) |
| Plaintiff, | ) Case No. 3:19-cv-00099-SLG ) |
| v. | ) ) |
| CHRISTINA L. REIGH, in her personal and presumed Official capacity, | ) **NOTICE OF FILING PROPOSED** ) **ORDER** ) |
| Defendant. | ) |

Defendant Christina L. Reigh hereby notifies the Court and plaintiff David Gary Gladden of her lodging a proposed order for the Court's signature. In its order on all pending motions, the Court granted defendant Reigh's motion to expunge the lis pendens that plaintiff Gladden recorded against her property. Dkt 22 at 14. Due to oversight, undersigned counsel failed to file a proposed order for expungment. Defendant now lodges the proposed order (attached to this notice) for the Court's signature.

DATED: January 9, 2020.

         KEVIN G. CLARKSON
         ATTORNEY GENERAL

By: /s/ Dario Borghesan
    Dario Borghesan
    Assistant Attorney General
    Alaska Bar No. 1005015
    Department of Law
    1031 West Fourth Avenue, Suite 200
    Anchorage, AK 99501
    Phone: (907) 269-5275
    Facsimile: (907) 276-3697
    Email: dario.borghesan@alaska.gov
    Attorney for Defendant
    Christina L. Reigh

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2020 the foregoing was served electronically on all parties via CM/ECF. I also caused to be served via U.S. mail a paper copy of this document on:

David Gary Gladden
13193 South Old Knik Harbor Drive
Wasilla, AK 99623

    /s/ Dario Borghesan
    Dario Borghesan
    Assistant Attorney General

*Gladden v. Reigh*           Case No. 3:19-cv-00099-SLG
Notice of Filing Proposed Order           Page 2 of 2
Case 3:19-cv-00099-SLG   Document 27   Filed 01/09/20   Page 2 of 2