KEVIN G. CLARKSON
ATTORNEY GENERAL
Dario Borghesan (Alaska Bar No. 1005015)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: dario.borghesan@alaska.gov

Attorney for Defendant Christina L. Reigh

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID GARY GLADDER, in propria persona, | ) ) ) |
| Plaintiff, | ) Case No. 3:19-cv-00099-SLG ) |
| v. | ) ) |
| CHRISTINA L. REIGH, in her personal and presumed Official capacity, | ) **[PROPOSED] ORDER** ) ) |
| Defendant. | ) |

On July 26, 2019 this Court granted defendant Christina L. Reigh's motion to expunge the lis pendens filed by David Gary Gladden on Reigh's property. It is hereby ORDERED that the lis pendens (No. 2019-000164-0) filed by Gladden on May 13, 2019 in Bristol Bay Recording District 307 is EXPUNGED because the lis pendens was never valid.

DATED: _____, 2020.

 

_____
Sharon L. Gleason
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on January 9, 2020 the foregoing was served electronically on all parties via CM/ECF. I also caused to be served via U.S. mail a paper copy of this document on:

David Gary Gladden
13193 South Old Knik Harbor Drive
Wasilla, AK 99623

/s/ Dario Borghesan
Dario Borghesan
Assistant Attorney General

*Gladden v. Reigh*     Case No. 3:19-cv-00099-SLG
[Proposed] Order     Page 2 of 2
Case 3:19-cv-00099-SLG   Document 27-1   Filed 01/09/20   Page 2 of 2