# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID GARY GLADDEN, in propria persona,<br><br>                Plaintiff,<br><br>                v.<br><br>CHRISTINA L. REIGH, in her personal and presumed Official capacity,<br><br>                Defendant. | Case No. 3:19-cv-00099-SLG |

## ORDER RE MOTION TO EXPUNGE LIS PENDENS

On July 26, 2019, this Court granted defendant Christina L. Reigh's motion to expunge the lis pendens filed by David Gary Gladden on Reigh's property. It is hereby ORDERED that the lis pendens (No. 2019-000164-0) filed by Gladden on May 13, 2019 in Bristol Bay Recording District 307 is EXPUNGED because the lis pendens was never valid.

DATED this 10th day of January, 2020 at Anchorage, Alaska.

                                                    */s/ Sharon L. Gleason*
                                                    UNITED STATES DISTRICT JUDGE